8 So.2d 223

## Tom BEAVERS v. STATE.

### 8 Div. 159.

Court of Appeals of Alabama.

April 7, 1942.

H. T. Foster, of Scottsboro, for appellant.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

8 So.2d 223

## Willie B. BELL v. CITY OF TUSCALOOSA.

### 6 Div. 848.

Court of Appeals of Alabama.

April 23, 1942.

PER CURIAM.

Appeal dismissed, want of prosecution.

4 So.2d 921

## Annie BERRY, alias Reid v. STATE.

### 8 Div. 152.

Court of Appeals of Alabama.

June 30, 1941.

Rehearing Denied Oct. 7, 1941.

W. L. Chenault, of Russellville, for appellant.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

3 So.2d 916

## Oval BESHEARS v. CITY OF HUNTS-VILLE.

### 8 Div. 157.

Court of Appeals of Alabama.

July 16, 1941.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

3 So.2d 917

## George BESTER v. STATE.

### 6 Div. 768.

Court of Appeals of Alabama.

May 20, 1941.

F. F. Windham, of Tuscaloosa, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

3 So.2d 917

## L. T. BESTER v. STATE.

### 6 Div. 743.

Court of Appeals of Alabama.

May 20, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

5 So.2d 842

### Alto BIGHAM v. STATE.
### 4 Div. 672.

Court of Appeals of Alabama.
Nov. 25, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

8 So.2d 223

### Earl BIGHAM v. STATE.
### 6 Div. 925.

Court of Appeals of Alabama.
April 14, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

8 So.2d 897

### George H. BIRCH v. STATE.
### 6 Div. 883.

Court of Appeals of Alabama.
May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

8 So.2d 897

### BIRMINGHAM ELECTRIC CO. v. Juanita BAKER, pro ami.
### 6 Div. 929.

Court of Appeals of Alabama.
May 12, 1942.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

J. G. Adams, Jr., of Birmingham, for appellee.

BRICKEN, Presiding Judge.

In the court below, judgment was rendered for plaintiff in the sum of $300, from which this appeal was taken, and here filed on March 18, 1942.

By consent of parties, in writing, a remittitur of $75 from said judgment is hereby ordered. The judgment is affirmed for the sum of $225 as per written agreement filed in this court.

Affirmed, by consent of parties, for the sum of $225.

Affirmed.

8 So.2d 223

### BIRMINGHAM ELECTRIC CO. v. Georgia SAVANAH.
### 6 Div. 835.

Court of Appeals of Alabama.
April 23, 1942.

Lange, Simpson, Brantley & Robinson, of Birmingham, for appellant.

Caesar B. Powell, of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed, want of prosecution.